**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dashon Lavar RICHARDSON,**
**Defendant–Appellant.**

No. 08–50453.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 25, 2010.

Michael J. Raphael, Esquire, Assistant U.S., Michael Jay Stern, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

James H. Locklin, Esquire, Assistant Federal Public Defender, FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Dashon Lavar Richardson, Adelanto, CA, pro se.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

MEMORANDUM **

Dashon Lavar Richardson appeals from his guilty-plea conviction and 168–month sentence for distribution of cocaine base in the form of crack cocaine, in violation of 21 U.S.C. § 841(a)(1). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Richardson's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. The appellant has filed a pro se supplemental brief and a pro se motion to "consolidate issues and facts within his motion." The government has filed a motion to summarily affirm the conviction and dismiss the appeal for lack of jurisdiction.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

The government's motion is **DENIED.** *See United States v. Jacobo Castillo,* 496 F.3d 947, 957 (9th Cir.2007) (en banc). The appellant's pro se motion is also **DENIED.**

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.** However, we **REMAND** sua sponte for the limited purpose

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

of correcting the judgment to reflect that the term of supervised release is five years for Count 4 and three years for Count 7, to run concurrently. *See* 18 U.S.C. § 3583(b); 21 U.S.C. § 841(b)(1)(B)-(C).

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.